UAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

TERESA YUAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

11 M 777

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Una A. Dean, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           August 4, 2011

                                THE I                      ;TEIN
                                UNITI                     JUDGE
                                EASTI                     YORK