UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

| | |
|---|---|
| DATE: | October 14, 2011 |
| TO: | Honorable Steven M. Gold<br>Chief United States Magistrate Judge |
| RE: | Teresa Yuan (11M777-001)<br>**Internet Monitoring Condition** |

Reference is made to the above-captioned defendant, who made an initial appearance before the Honorable James Orenstein on August 4, 2011, on a complaint charging Transmission of Threatening Communication, in violation of 18 U.S.C. 875. She was released on that date on a $50,000 unsecured bond with the following conditions imposed: travel restricted to New York City, Long Island and New Jersey; surrender passport and must not reapply for another passport; no contact with Victim #1 named in complaint; report as directed to Pretrial Services; subject to random home and employment visits by Pretrial Services; undergo a mental health evaluation and/or participate in treatment as directed by Pretrial Services; subject to random drug testing, evaluation and/or treatment as directed by Pretrial Services; no Internet access outside of home or via any mobile device; and home Internet to be monitored by Pretrial Services.

Pretrial Services is writing to inform Your Honor that we have been monitoring the defendant's laptop computer in accordance with the bond condition. However, recently her laptop stopped working properly and she was given a desktop computer by her parents to use while she has the laptop repaired or, if irreparable, purchases a new one. On October 13, 2011, Pretrial Services attempted to install monitoring software on this computer, however, it was found to be an antiquated model that would not allow for the installation of our software. As a result, we are unable to monitor her Internet use on this desktop. Given that the defendant expects to have her laptop repaired by next week, she was instructed not to access the Internet from the desktop. She was instructed to report to Pretrial Services with her laptop on October 19, 2011, at which time it is expected that her laptop will be working and that we will be able to once again monitor her Internet use.

Pretrial Services is submitting this memorandum for informational purposes and is not requesting any action from the Court at this time. Assistant U.S. Attorney M. Kristin Mace and defense counsel Michael K. Schneider are aware of the information detailed in this memorandum. Should Your Honor have any questions or concerns, please feel free to contact the undersigned at (718) 613-2348.

Prepared by: _____
Melissa Roman
Sr. U.S. Pretrial Services Officer

Approved by: _____
Andrew Proxeller
Supervising Pretrial Services Officer

CC: M. Kristin Mace, Esq. (Assistant U.S. Attorney)
Michael K. Schneider, Esq. (Federal Defenders of New York, Inc.)